IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1141C |
| | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 30-day enlargement of time, up to and including October 15, 2004, within which to respond to plaintiff's complaint. The Government's response currently is due on September 14, 2004. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

This request is necessitated by the fact that Government counsel and agency counsel require additional time to formulate the United States' position with respect to this complaint. Due to the complexity of the claims presented in this case and the large number of documents that form the basis of these claims, the Department of the Air Force has been unable to catagorize and assemble the relevant documents in a timely manner. Without a complete set of documents, the Department of the Air Force has been unable to complete a final litigation report in this matter. See 28 U.S.C. §520. Without the final litigation report, the undersigned counsel is unable to respond to the complaint in a substantive manner. See RCFC 11. Accordingly, the United States needs additional time to respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time, to and including October 15, 2004, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White by Deborah A. Bynum
FRANKLIN E. WHITE
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-5958
Fax: (202) 514-7965

September 13, 2004

Attorneys for Defendant