# In the United States Court of Federal Claims

No. 04-1141 C

(Filed September 14, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 13, 2004, defendant filed an Unopposed Motion for Enlargement of Time of thirty days, to and including October 15, 2004, within which to response to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

______________________________

LYNN J. BUSH
Judge