# In the United States Court of Federal Claims

No. 04-1141 C

(Filed September 14, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On September 13, 2004, defendant filed an Unopposed Motion for Enlargement of Time of thirty days, to and including October 15, 2004, within which to response to plaintiff's complaint. On September 14, 2004, chambers of the undersigned issued an order granting defendant's motion. However, the September 14, 2004 order's signature block was incomplete.

Accordingly, it is hereby **ORDERED** that the first order issued on this day shall be **STRICKEN** from the docket; and defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge