IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1141C (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S ANSWER**

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of information or knowledge sufficient to form a belief as to the truth of the matters asserted.

2. Admits.

3. Admits the allegations contained in paragraph 3 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 3.

4. The allegations contained in paragraph 4 constitute legal conclusions and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

5. The allegations contained in paragraph 5 constitute legal conclusions and plaintiff's characterization of its case, to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

6. Denies. Avers that the Air Force issued request for proposal ("RFP") no. F28609-98-R-0013 on July 6, 1998, and that it received proposals, including the proposal submitted by

Structural Concepts ("SCI"), on or before the RFP closing date of August 6, 1998.

7. Denies.

8. Admits the allegations contained in paragraph 8 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 8.

9. Denies.

10. Denies.

11. Denies.

12. Admits the allegations contained in paragraph 12 to the extent supported by the claim letter cited, which is the best evidence of its contents; otherwise denies the allegations contained in

paragraph 12.

13. Denies.

14. Denies.

15. Admits the allegations contained in paragraph 15 to the extent supported by the March 19, 2004 contracting officer's final decision cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16 to the extent supported by the June 25, 2004 contracting officer's final decision cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 16.

17. Denies.

18. Denies that plaintiff is entitled to the relief requested in the sections following the

"Wherefore" clause of its complaint or to any additional relief whatsoever.

19. Denies each and every allegation not previously admitted or otherwise qualified.

DEFENDANT'S COUNTERCLAIM

20. Jurisdiction is provided by 28 U.S.C. §§ 1503, 2508.

21. The Air Force awarded contract No. F28609-99-C-0005 to SCI on November 30, 1998, for the repair and renovation of the Visiting Officers Quarters at McGuire Air Force Base.

22. On March 19, 2004, the contracting officer issued a final decision finding that SCI owes $776,448 in liquidated damages for its delayed completion of the contract.

23. The contract incorporates FAR clause 52.211-12 Liquidated Damages-Construction (April 1984).

24. The contract provides that liquidated damages will be assessed at a rate of $2,022 per day contract completion is delayed.

25. The contract completion date, as modified, was December 19, 2002.

26. SCI completed the contract on January 7, 2004, 384 days past the completion date provided in the contract as modified.

27. Pursuant to the liquidated damages clause of the contract, the United States is owed $776,448 in liquidated damages.

WHEREFORE, defendant requests that the complaint be dismissed, that judgment be entered in favor of defendant in the amount of $776,448, plus interest, and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White by Deborah Bynum
FRANKLIN E. WHITE
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-5958
Fax: (202) 514-7965
Attorneys for Defendant

OF COUNSEL:
JOHN LAURO
DENISE McLANE
United States Air Force

October 15, 2004