# In the United States Court of Federal Claims

No. 04-1141 C

(Filed April 19, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 1, 2005,the Clerk's office received from plaintiff a Notice of Change of Address and Designation Change of Lead Counsel. The Clerk's office stated that plaintiff's counsel electronically entered the submission under the wrong event[1] and the submission was not in compliance with Rule 83.1(c)(4) of the Rules of the United States Court of Federal Claims (RCFC). Rule 83.1(c)(4) outlines the procedures that the parties, other than the United States, must follow when there is a change in the attorney of record. The matter was referred to the undersigned for a ruling.

Accordingly, it is hereby **ORDERED** that plaintiff's Notice of Change of Address and Designation Change of Counsel, entered on April 1, 2005, shall be

---

[1]/ Chambers did not receive any other specifics on this event, e.g., what event was used and/or what event should have been used, etc. Therefore, the court directs plaintiff's counsel to the CM/ECF Help Line at (202)357-6404 for any further questions on this matter.

**STRICKEN** from the docket for the above-stated defects; and, plaintiff's counsel is **DIRECTED** to follow the procedures outlined in RCFC 83.1(c)(4) upon submission of its motion to consent/motion to substitute counsel.

s/Lynn J. Bush
LYNN J. BUSH
Judge