# IN THE IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE BUSH |

## STRUCTURAL CONCEPTS, INC.'S MOTION TO SUBSTITUTE COUNSEL UNDER U.S. COURT OF FEDERAL CLAIMS RULE 83.1

Structural Concepts, Inc. ("SCI") hereby moves for leave of court to Substitute David W. Francis as its counsel in the above referenced matter pursuant to U.S. Court of Federal Claims Rule 83.1(c)(4). Attached hereto is a copy of an Affidavit of Appointment executed by Mr. Francis.

SCI's current attorney, Ms. Kelly H. Decker, concurs in this substitution of counsel.

Wherefore Structural Concepts, Inc. respectfully requests the issuance of a docket entry reflecting that David W. Francis has been appointed as its counsel.

Date: July 28, 2005

RHOADS & SINON LLP

By: ______________________
David W. Francis, Esquire

By: ______________________
Kelly H. Decker, Esquire

One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff,
Structural Concepts, Inc.



572436.1

# IN THE IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE BUSH |

## AFFIDAVIT

I, David W. Francis am authorized to make this affidavit on behalf of Plaintiff Structural Concepts, Inc. I hereby verify that Structural Concepts, Inc. has appointed me as its counsel pursuant to Federal Court of Claims Rule 83.1(c)(4). Previously designated counsel, Ms. Kelly H. Decker, has consented to this withdrawal as set forth in the motion.

July 28, 2005

David W. Francis

Sworn to and subscribed before me this 28 day of July, 2005.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

6-30-2007

(SEAL)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Jo Ann Seker, Notary Public
City Of Harrisburg, Dauphin County
My Commission Expires June 30, 2007
Member, Pennsylvania Association of Notaries



572437 1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2005, a true and correct copy of the attached STRUCTURAL CONCEPTS, INC.'S MOTION TO SUBSTITUTE COUNSEL UNDER U.S. COURT OF FEDERAL CLAIMS RULE 83.1 was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David W. Francis