# In the United States Court of Federal Claims

No. 04-1141 C

(Filed August 5, 2005)

* * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On July 28, 2005, plaintiff electronically filed a Motion to Substitute Counsel Under U.S. Court of Federal Claims Rule 83.1. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED** and the Clerk's office is **DIRECTED** to substitute David W. Francis, Esq. as plaintiff's counsel.

s/Lynn J. Bush
LYNN J. BUSH
Judge