IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-1141C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARNCE**

To the Clerk:

Please enter the appearance of ROGER A. HIPP as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Roger A. Hipp
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530

Dated: September 8, 2005

s/ Roger A. Hipp
Roger A. Hipp
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 305-3091
Facsimile: (202) 307-0972

Certificate of Filing

I hereby certify that on September 8, 2005, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Roger A. Hipp