# EXHIBIT A

| Document/subject | Date | Sender | Privilege |
|---|---|---|---|
| **CE Project Folder** | | | |
| Letter/asbestos, 3pgs | 16 Nov 1999 | Denise McLane | AC, WP |
| Email/LDs, 3 pgs | 19 March 2003 | Kevin Selleny | AC, WP |
| Email/Asbestos, 2 pgs | 24 Nov 2003 | John Scirrotto | AC, WP |
| **Binder #4** | | | |
| Email/Re:retraction letter, 2 pgs | 20 Nov 2001 | Denise McLane | AC, WP |
| Email/Sept 11, 4 pgs | 20 Nov 2001 | Linda Williams | AC, WP |
| Email/Contract F28609-98-C-0005, 2 pgs | 31 Jul 2000 | Denise McLane | AC, WP |
| Email/Re:Letter, Contract F28609-98-C-0005, 1pg | 29 Jan 2001 | Denise McLane | AC, WP |
| Letter/FOIA Review, 1pg | 20 May 1999 | Richard Rochevitch | AC |
| Email/4pgs | 30 Oct 2001 | Denise McLane | AC |
| Email/Funds for claim, 2pgs | 20 Sep 2001 | Denise McLane | AC, WP |
| Email/Re: contract F28609-98-C-0005, 1 pg | 31 Jul 2001 | Denise McLane | AC,WP |
| Email/ Re: contract F28609-98-C-0005, 1 pg | 30 Jul 2001 | Linda Williams | AC |
| Email/Re 2704 Claim, 4 pgs | 18 Jun 2001 | Denise McLane | AC, WP |

| | | | |
|---|---|---|---|
| Email/Re 2704 Claim, 4 pgs | 14 Jun 2001 | Denise McLane | AC, WP |
| Letter/Claim Review, 3 pgs | 14 Jun 2001 | Denise McLane | AC, WP |
| Email/2704 Claim, 4 pgs | 18 Jun 2001 | Denise McLane | AC, WP |
| Email/2704 Claim, 4 pgs | 14 Jun 2001 | Denise McLane | AC, WP |
| Letter/Claim Review, 3 pgs | 14 Jun 2001 | Denise McLane | AC, WP |
| Email/Funds for Claim, 3 pgs | 25 Sep 2001 | Linda Williams | AC, WP |
| Email/Fund for Claim, 1 pg | 20 Sep 2001 | Denise McLane | AC |
| Email/McGuire VQ, 4 pgs | 22 Jan 2001 | Denise McLane | AC |
| Email/2704 Delay, 3 pgs | 22 Feb 2000 | Linda Williams | AC |
| Email/Asbestos Abatement issue, 1 pg | 7 Dec 1999 | SSgt Charles Dugan | AC |
| Email/Contract F28609-98-C-0005, 1 pg | 7 Dec 1999 | SSgt Charles Dugan | AC |
| Email/Asbestos Abatement, 1 pg | 18 Nov 1999 | SSgt Charles Dugan | AC, WP |
| Email/Asbestos Issue, 1 pg | 18 Nov 1999 | SSgt Charles Dugan | AC |
| Email/Asbestos Abatement, 1 pg | 16 Nov 1999 | Robert Santoro | AC, WP |
| Email/Asbestos Abatement, 1 pg | 16 Nov 1999 | Denise McLane | AC, WP |
| Email/ Re: contract F28609-98-C-0005, 1 pg | 4 Nov 1999 | Denise McLane | AC, WP |

| | | | |
|---|---|---|---|
| Email/Contract F28609-98-C-0005, 1 pg | 4 Nov 1999 | SSgt Charles Dugan | AC, WP |
| Email/PTFL 96-1001, 3 pgs | 4 Nov 1999 | SSgt Charles Dugan | AC, WP |
| **Binder #5** | | | |
| Email/Wording for Mod 11 for 2704, 8 pgs | 15 Nov 02 | Scott Wilson | AC, WP |
| Email/Schedule Update, 2 pgs | 18 Oct 02 | Carlen L. Capenos | AC |
| Email/Schedule Update, 1 pg | 9 Oct 02 | Denise A. McLane | AC |
| Email/Response to SCI's letter dated 11/03/01, 2 pgs | 06 Dec 01 | Denise A. McLane | AC, WP |
| Email/July 2nd letter, 1 pg | 27 Aug 02 | Denise A. McLane | AC |
| Memorandum/Review of SCI's 24 Jun 02 letter, 2 pgs | 27 Jun 02 | Denise A. McLane | AC, WP |
| Email/RE: Show Cause, 5 pgs | 28 Aug 02 | Denise A. McLane | AC, WP |
| Email/Response to SCI's letter dated 11/03/01, 1 pg | 21 Nov 01 | Denise A. McLane | AC |
| Memorandum/Review of SCI's letter dated 24 Jun 02, 2 pgs | 27 Jun 02 | Denise A. McLane | AC, WP |
| Email/Electrician SCI, 2 pgs | 27 Jun 02 | Linda I. Williams | AC, WP |
| Email/Structural Letter, 2 pgs | 20 Jun 02 | Denise A. McLane | AC, WP |
| **Binder #6** | | | |
| Email/Claim, Renovate Building 2704, 2 pgs. | 11 Jul 01 | Denise A. McLane | AC, WP |

| | | | |
|---|---|---|---|
| Email/SCI Claim, 1 pg | 28 Jun 01 | Denise A. McLane | AC |
| **Binder #9** | | | |
| Email/Progress report #50-Payment #29, 2 pgs. | 24 Jan 03 | Brian T. Varn | AC, WP |
| Email/meeting minutes, 3 pgs. | 22 Jan 03 | Brian T. Varn | AC, WP |
| Meeting Minutes/Contract F28609-99-C-0005, 2 pgs | 17 Jan 03 | Carlen Capenos | AC |
| Email/Meeting Minutes, 2 pgs | 21 Jan 03 | Brian T. Varn | AC, WP |
| Meeting Minutes/Contract F28609-99-C-0005, 2 pgs | 17 Jan 03 | Carlen Capenos | AC |
| Email/Contract time remaining –2704, 4 pgs | 14 Jan 03 | Brian T. Varn | AC |
| Email/SCI II, 2 pgs | 13 Jan 03 | Bryan Smith | AC |
| Email/SCI II, 1 pg | 13 Jan 03 | Brian T. Varn | AC |
| Email/Contract time remaining –2704, 2 pgs | 13 Jan 03 | Brian T. Varn | AC |
| Email/CO's determination letters to SCI, 2 pgs | 13 Jan 03 | Denise McLane | AC |
| Email/Contract time remaining – 2704, 2 pgs | 13 Jan 03 | Brian T. Varn | AC |
| Email/Contract time remaining – 2704, 3 pgs | 13 Jan 03 | Bryan Smith | AC |
| Email/TDY to McGuire, 2 pgs | 10 Jan 03 | Brian T. Varn | AC |

| | | | |
|---|---|---|---|
| Email/CO's determination letters to SCI, 2 pgs | 9 Jan 03 | Bryan Smith | AC, WP |
| Email/George's reaction, 1 pg | 9 Jan 03 | Brian T. Varn | AC, WP |
| Email/CO's determination letters to SCI, 2 pgs | 9 Jan 03 | Carlen Capenos | AC, WP |
| Email/CO's determination letters to SCI, 2 pgs | 09 Jan 03 | Brian T. Varn | AC, WP |
| Email/CO's determination letters to SCI, 2 pgs | 09 Jan 03 | Brian T. Varn | AC, WP |
| Email/CO's determination letters, 2 pgs | 09 Jan 03 | Brian T. Varn | AC, WP |
| Email/SCI Schedule, 1 pg | 08 Jan 03 | Brian T. Varn | AC, WP |
| Email/SCI II, 1 pg | 08 Jan 03 | Denise A. McLane | AC |
| Email/SCI II, 1 pg | 08 Jan 03 | Brian T. Varn | AC, WP |
| Email and attachment/SCI II, 4 pgs | 08 Jan 03 | Brian T. Varn | AC, WP |
| Email/SCI, 1 pg | 08 Jan 03 | Brian T. Varn | AC, WP |
| Email/SCI II, 1 pg | 08 Jan 03 | Brian T. Varn | AC |
| Email/SCI II, 1 pg | 08 Jan 03 | Brian T. Varn | AC |
| Email/SCI II, 1 pg | 08 Jan 03 | Brian T. Varn | AC |
| Email/SCI II, 1 pg | 08 Jan 03 | Brian T. Varn | AC |
| Email/SCI II, 2 pgs | 08 Jan 03 | Brian T. Varn | AC |

| | | | |
|---|---|---|---|
| Email/ SCI II, 2 pgs | 07 Jan 03 | Denise McLane | AC, WP |
| Email/ SCI fire Alarm and 2704, 7 pgs | 07 Jan 03 | Denise McLane | AC, WP |
| Email/SCI fire Alarm and 2704, 4 pgs | 07 Jan 03 | Bryan Smith | AC, WP |
| Email/T4D action, 2 pgs | 06 Jan 03 | Denise A. McLane | AC, WP |
| Email/T4D action, 2 pgs | 06 Jan 03 | Denise A. McLane | AC, WP |
| Email/Teleconference Call with AMC, 1 pg | 06 Jan 03 | Denise A. McLane | AC |
| Email/T4D, 2 pgs | 02 Jan 03 | Carlen Capenos | AC |
| Email/SCI T4D, 2 pgs | 02 Jan 03 | Denise A. McLane | AC, WP |
| Email/SCI II (Bldg 2704), 1 pg | 02 Jan 03 | Brian T. Varn | AC, WP |
| Email/SCI fire Alarm & 2704, 4 pgs | 02 Jan 03 | Brian T. Varn | AC, WP |
| Memorandum/Renovate 2704, 3 pgs | 08 Jun 01 | Bryan J. Smith | WP |
| Email/Default Contract, 1 pg | 31 Dec 02 | Brian T. Varn | AC |
| Email and attachments/T4D, 14 pgs | 16 Dec 02 | Sue King | AC, WP |
| Email/T4D, 1 pg | 21 Dec 02 | Denise A McLane | AC |
| Memorandum/Claim from SCI, 3 pgs | 14 Jun 01 | Denise A. McLane | AC, WP |

| | | | |
|---|---|---|---|
| Email and attachments/T4D, 11 pgs | 12 Dec 02 | Carlen Capenos | AC |
| Email/ T4D Appointment, 1 pg | 11 Dec 02 | Denise A. McLane | AC |
| Email/T4D, 1 pg | 10 Dec 02 | Carlen Capenos | AC |
| Email/letter review, 1 pg | 04 Dec 02 | Carlen Capenos | AC |
| Email/ VOQ 2704, 4 pgs | 02 Dec 02 | Bryan Smith | AC |
| Email/Liquidated Damages, 1 pg | 21 Nov 02 | Denise A. McLane | AC, WP |
| Email/Wording for Mod 11 for 2704, 8 pgs | 15 Nov 02 | Scott D. Wilson | AC, WP |
| Email/Wording for Mod 11 for 2704, 6 pgs | 14 Nov 02 | Scott D. Wilson | AC, WP |
| Email/Progress Report #50/Payment, 2 pgs | 14 Nov 02 | Denise A. McLane | AC, WP |
| Email/Wording for Mod 11 for 2704, 5 pgs | 12 Nov 02 | Denise A. McLane | AC, WP |
| Email/Wording for Mod 11 for 2704, 5 pgs | 12 Nov 02 | Denise A McLane | AC, WP |
| Email/Wording for Mod 11 for 2704, 3 pgs | 05 Nov 02 | Bryan Smith | AC, WP |
| Email/Schedule Update, 4 pgs | 30 Oct 02 | Denise A. McLane | AC |
| Email/Schedule Update, 3 pgs | 22 Oct 02 | Calvin H. Carter | AC |
| Email and attachment/Final Cure Notice draft, 7 pgs | 3 Oct 02 | Denise A. McLane | AC, WP |
| Email and attachment/Final Cure Notice draft, 5 pgs | 03 Oct 02 | Carlen Capenos | AC, WP |

| | | | |
|---|---|---|---|
| Email/terminate for default, 3 pgs | 25 Sept 02 | Denise A. McLane | AC, WP |
| Email/RE: 2704 Saga, 2 pgs | 16 Sept 02 | Dennis Tudor | AC |
| Email and attachment/Completion date, 2 pgs | 11 Sept 02 | Aaron W. Duggan | AC |
| Email and attachment/Completion date, 2 pgs | 10 Sept 02 | Carlen Capenos | AC |
| Email/Show Cause Notice, 5 pgs | 28 Aug 02 | Denise A. McLane | AC, WP |
| Email/Show Cause Notice, 4 pgs | 28 Aug 02 | Carlen Capenos | AC, WP |
| Email/July 2nd letter, 1 pg | 27 Aug 02 | Denise McLane | AC, WP |
| Email/Review of 24 Jun 02 letter, 2 pgs | 27 June 02 | Denise McLane | WP |
| Email/Show Cause Notice, 3 pgs | 27 Aug 02 | Denise A. McLane | AC, WP |
| Email/Response to SCI letter dated 11/3/01, 2 pgs | 26 Aug 02 | Carlen Capenos | AC, WP |
| Email and attachment/Cure Notice, 2 pgs | 24 July 02 | Linda Williams | AC, WP |
| Email/Gov't response to 6/24/02 letter, 1 pg | 27 June 02 | Denise A. McLane | AC, WP |
| Email/Electrician SCI, 2 pgs | 27 June 02 | Denise A. McLane | AC |
| Email/Electrician SCI, 1 pg | 27 June 02 | Denise A. McLane | AC |
| Email/Tech Eval Bldg 1731, 3 pages | 04 March 04 | Linda Williams | AC, WP |

| | | | |
|---|---|---|---|
| Email/Meeting on Specification Interpretation, 2 pgs | 17 Dec 01 | David R. Scott | AC, WP |
| Email/Response to SCI's letter dated 11/3/01, 2 pgs | 06 Dec 01 | Denise A. McLane | AC, WP |
| Email/Response to SCI's letter dated 11/3/01, 1 pg | 21 Nov 01 | Denise A. McLane | AC, WP |
| Email/Impacts from 11 Sept Events, 5 pgs | 20 Nov 01 | Denise A. McLane | AC |
| Email/Impacts from 11 Sept Events, 4 pgs | 20 Nov 01 | Denise A. McLane | AC |
| Email/Request for Equitable Adjustment, 1 pg | 08 Nov 01 | Denise A. McLane | AC |
| Email/RFI 44, 3 pgs | 06 Nov 01 | Denise A. McLane | AC |
| Email/RFI 44, 3 pgs | 06 Nov 01 | Denise A. McLane | AC |
| Email/SCI letter, 1 pg | 30 Oct 01 | Denise A. McLane | AC, WP |
| Email/2704 Claim, 4 pgs | 19 Oct 01 | Bryan Smith | AC, WP |
| Email/SCI Letter, 1 pg | 11 Oct 01 | Denise A. McLane | AC |
| Email/Funds for Claim, 5 pgs | 1 Oct 01 | Linda Williams | AC, WP |
| Email/Funds for Claim, 4 pgs | 28 Sept 01 | Scott Wilson | AC, WP |
| Email/Funds for Claim, 2 pgs | 20 Sept 01 | Scott Wilson | AC |
| Email/Funds for Claim, 2 pgs | 20 Sept 01 | Denise McLane | AC |
| Email/2704 claim, 4 pgs | 18 Jun 01 | Denise McLane | AC, WP |

| | | | |
|---|---|---|---|
| Email/2704 claim, 3 pgs | 18 Jun 01 | Denise McLane | AC, WP |
| Email/2704 Claim, 3 pgs | 14 Jun 01 | Denise McLane | AC, WP |
| Email/2704 Claim, 4 pgs | 14 Jun 01 | Denise McLane | AC, WP |
| Email/2704 Claim, 2 pgs | 13 Jun 01 | Denise McLane | AC, WP |
| Email/2704 Claim, 2 pgs | 13 Jun 01 | Denise McLane | AC, WP |
| Email/Evaluation of differing site condition, 1 pg | 16 May 01 | Denise McLane | AC |

**Binder # 11**

Binder # 11 is a document compilation pulled from the document collection and work product is claimed as to the organization and selection of the documents in the binder.

**Lora Lorenzo, email**

| | | | |
|---|---|---|---|
| Email/2704 Project File Copies, 2 pgs | 12 Feb 04 | Lora Lorenzo | AC |
| Email/2704 Project Files Copies, 1 pg | 11 Feb 04 | Lora Lorenzo | AC |
| Email/LDs and agreement, 3 pgs | 19 Mar 03 | Lora Lorenzo | AC, WP |
| Email/Meeting on Specification Interpretation, 2 pgs | 6 Feb 03 | Lora Lorenzo | AC, WP |

**Carlen Capenos email**

| | | | |
|---|---|---|---|
| Email/Teleconference, 3 pgs | 22 Apr 04 | Carlen Capenos | AC |

| | | | |
|---|---|---|---|
| Email/SCI, 1 pg | 22 Apr 04 | Carlen Capenos | AC |
| Email/2704, 3 pgs | 21 Apr 04 | Carlen Capenos | AC, WP |
| Email/2704, 2 pgs | 20 Apr 04 | Carlen Capenos | AC |
| Email/SCI request for COFD, 2 pgs | 7 Apr 04 | Carlen Capenos | AC |
| Email/John Scirrotto's Address | 7 Apr 04 | Carlen Capenos | AC |
| Email/Final Decision on Liquidated Damages, 3 pgs | 22 Mar 04 | Carlen Capenos | AC, WP |
| Email/Final Decision on Liquidated Damages, 3 pgs | 18 Mar 04 | Carlen Capenos | AC, WP |
| Email/Final Decision on Liquidated Damages, 3 pgs | 18 Mar 04 | Carlen Capenos | AC, WP |
| Email/Final Decision on Liquidated Damages, 1 pg | 16 Mar 04 | Carlen Capenos | AC, WP |
| Email/Attorney Client Privilege, 2 pgs | 10 Mar 04 | Carlen Capenos | AC, WP |
| Email/SCI Request for COFD, 2 pgs | 10 Mar 04 | Carlen Capenos | AC, WP |
| Email/Request for COFD, 4 pgs | 9 Mar 04 | Carlen Capenos | AC, WP |
| Email/F28609-99-C-0005 – McGuire Claim, 2 pgs | 23 Feb 04 | Carlen Capenos | AC |
| Email/F28609-99-C-005 – 2704, 1 pg | 18 Feb 04 | Carlen Capenos | AC |
| Email/2704 Expanded Questions, 4 pgs | 18 Feb 04 | Carlen Capenos | AC, WP |

| | | | |
|---|---|---|---|
| Email/F28609-99—005 – McGuire Claim, 3 pgs | 13 Feb 04 | Carlen Capenos | AC |
| Email/Claim 2704, 2 pgs | 13 Feb 04 | Carlen Capenos | AC, WP |
| Email/1 HP Pump for 2704, 6 pgs | 13 Feb 04 | Carlen Capenos | AC, WP |
| Email/2704 Claim, 2 pgs | 5 Feb 04 | Carlen Capenos | AC |
| Email/F28609-99-C-005 Claim, 2 pgs | 19 Jan 04 | Carlen Capenos | AC, WP |
| Email/F28609-99-C-005 Claim, 2 pgs | 16 Jan 04 | Carlen Capenos | AC, WP |
| Email/Just a Reminder, 2 pgs | 14 Jan 04 | Carlen Capenos | AC, WP |
| Email/Attorney Client Privilege – 2704, 5 pgs | 28 Oct 03 | Carlen Capenos | AC, WP |
| Email/Request for payment bond information, 2 pgs | 2 Oct 03 | Carlen Capenos | AC, WP |
| Email/Attorney Client Privilege, 3 pgs | 5 Sep 03 | Carlen Capenos | AC |
| Email/Attorney Client Privilege, 2 pgs | 5 Sep 03 | Carlen Capenos | AC |
| Email/Attorney Client Privilege, 5 pgs | 6 Aug 03 | Carlen Capenos | AC |
| Emil/Attorney Client Privilege, 4 pgs | 6 Aug 03 | Carlen Capenos | AC |
| Email/Attorney Client Privilege, 4 pgs | 5 Aug 03 | Carlen Capenos | AC |
| Email/Attorney Client Privilege, 4 pgs | 5 Aug 03 | Carlen Capenos | AC |
| Email/SCI-BLDS 1731, 3 pgs | 5 Aug 03 | Carlen Capenos | AC |

| | | | |
|---|---|---|---|
| Email/Claim re Bldg 1731, 3 pgs | 5 Aug 03 | Carlen Capenos | AC |
| Email/Claim re Bldg 1731, 4 pgs | 5 Aug 03 | Carlen Capenos | AC |
| Email/Structural Concepts Inc (SCI) case, 3 pgs | 1 Aug 03 | Carlen Capenos | AC, WP |
| Email/thought on SCI settlement/negotiations, 2 pgs | 1 Aug 03 | Carlen Capenos | AC |
| Email/ Structural Concepts Inc (SCI) case, 2 pgs | 31 Jul 03 | Carlen Capenos | AC |
| Email/Meeting with George, 2 pgs | 27 Jun 03 | Carlen Capenos | AC |
| Email/Attorney Client Privilege, 2 pgs | 17 Mar 03 | Carlen Capenos | AC, WP |
| Email/Attorney Client Privilege, 4 pgs | 14 Mar 03 | Carlen Capenos | AC |
| Email/LDs and Agreement, 3 pgs | 12 Mar 03 | Carlen Capenos | AC |
| Email/RE, 1 pg | 6 Mar 03 | Carlen Capenos | AC |
| Email/SCI and 2407, 3 pgs | 26 Feb 03 | Carlen Capenos | AC |
| Email/Meeting Specification Interpretation, 2 pgs | 6 Feb 03 | Carlen Capenos | AC |
| Email/Progress Report on 2704, 2 pgs | 3 Feb 03 | Carlen Capenos | AC |
| Email/Progress Report #50, 4 pgs | 27 Jan 03 | Carlen Capenos | AC |
| Email/Progress Report #50, 4 pgs | 24 Jan 03 | Carlen Capenos | AC, WP |

| | | | |
|---|---|---|---|
| Email/Progress Report #50, 5 pgs | 24 Jan 03 | Carlen Capenos | AC, WP |
| **Miscellaneous** | | | |
| Memorandum/Claim from SCI, 3 pgs | 14 Jun 01 | Denise McLane | AC, WP |
| Memorandum/Review of letter dtd 24 June 02, 2 pgs | 27 Jun 02 | Denise McLane | AC, WP |
| Email/CO's Determination Letters for SCI, 4 pgs | 13 Jan 03 | Lora Lorenzo | AC, WP |
| Email/Contract Time Remaining 2704, 2 pgs | 10 Jan 03 | Lora Lorenzo | AC |
| Email/Reply Progress report #50, 4 pgs | 27 Jan 03 | Lora Lorenzo | AC |
| Email/ CO's Determination Letters, 3 pgs | 9 Jan 03 | Lora Lorenzo | AC, WP |
| Email/CO's Determination Letters, 2 pgs | 9 Jan 03 | Lora Lorenzo | AC, WP |
| Email/CO's Determination Letters, 3 pgs | 10 Jan 03 | Lora Lorenzo | AC, WP |