**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE LYNN J. BUSH |

**ORDER**

On this ______ day of ____________________, 2005, upon consideration of Plaintiff's Motion to Compel and any response thereto it is hereby ORDERED that said Motion is GRANTED.

Defendant, the United States, is hereby ORDERED to produce the documents itemized in the Government's privilege log in redacted form and provide a more detailed privilege log specifically identifying : (a) the recipient of the listed communications, (b) whether the sender and the recipient are attorneys, (c) a more detailed description of the subject matter of communication over which the Government asserts the privilege so that SCI can assess the Government's claim of confidentiality, and (d) the specific basis for the claim of either the attorney-client or work product privileges.

Defendant, the United States, is hereby further ORDERED to pay Structural Concepts Inc. the expenses, including attorneys fees, incurred in filing its Motion to Compel pursuant to RCFC 37(a)(4).

____________________________
Judge Lynn J. Bush