# EXHIBIT B

70 Years
RHOADS & SINON LLP

David W. Francis
*ph* (717) 237-6738
*fx* (717) 231-6600
dfrancis@rhoads-sinon.com

FILE NO: 9415/1

August 15, 2005

VIA E-MAIL AND U.S. MAIL
Thomas B. Fatouros
United States Department of Justice; Civil Division;
Attn: Classification Unit
1100 L St. N.W.
Washington, D.C. 20530

Re: Structural Concepts, Inc. v. The United States
United States Court of Federal Claims Docket No. 04-1141C (Judge Bush)

Dear Mr. Fatouros:

I am in receipt of *Defendant's First Set of Interrogatories and Defendant's First Set of Production of Documents* directed to Structural Concepts, Inc. ("SCI"). Rule 33 of the Rules of the United States Court of Federal Claims specifically provides that parties may file interrogatories numbering 25 in number, including all discreet subparts. You have propounded more than 25 interrogatories. SCI objects to the excessive number of Interrogatories propounded.

Please revise and resubmit the Interrogatories in accordance with the Rules of Court. Please advise me no later than 5:00 p.m. on August 19, 2005 whether you will be providing revised Interrogatories. If you fail to adequately address this issue, SCI will file a motion for a protective order with the Court.

Thank you for your attention to this matter.

Very truly yours,

RHOADS & SINON LLP

By: David W. Francis

cc: George Moutis

574654 1