# EXHIBIT C

**U.S. Department of Justice**

Civil Division

DMC:FEW:TFatouros
DJ No. 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

(202) 307-5958

*Washington, D C 20530*

August 17, 2005

David Francis
Rhoads & Simon
12th Floor
One South Market Square
P.O. Box 1146
Harrisburg, PA 17108-1146

Re: Structural Concepts, Inc. v. United States, Fed. Cl. No. 04-1141C

Dear Mr. Francis:

This letter is in response to your letter of August 15, 2005. In your letter, you state that SCI believes that the Government has exceeded the allowable number of interrogatories provided by the Rules of the Court of Federal Claims ("RCFC"). As RCFC 33 limits the number of interrogatories to 25 and the Government has propounded 15 interrogatories, I assume that you believe that several of the interrogatories include multiple discreet subparts. However, each interrogatory is specifically tailored to a narrow area of your claim and concerns a specific topic. We have provided you narrow and focused interrogatories setting forth precisely the information the Government requests. While many of the interrogatories contain a series of explanatory requests with the intention of eliciting specific information concerning the limited topic of the interrogatory, the descriptions of the information requested within each interrogatory is necessary to prevent the interrogatory from becoming overly broad and unduly burdensome.

The purpose of the limit upon interrogatories is not to prevent discovery but to prevent potentially excessive use of this particular discovery device. A subpart is discreet when it is logically or factually independent of the question posed by the basic interrogatory. After again reviewing our interrogatories, I have been unable to identify any of the subparts that are logically or factually independent of the basic interrogatory presented. The subparts of our interrogatories are directed at eliciting details concerning a common theme regarding a limited area of inquiry. See 8A Charles A. Wright, Arthur R. Miller & Richard L. Marcus, Federal Practice and Procedure § 2168.1 (2nd ed. 1994). None of the Government's 15 interrogatories contains discreet subparts within the meaning of the RCFC. Accordingly, the Government will not provide SCI amended interrogatories because the Government's interrogatories comply with the provisions of RCFC 33.

Should you disagree with the Government's position, please set forth specifically which portions of each interrogatory you believe concerns a discreet area of inquiry, and I will attempt to address your concerns.

Very truly yours,

Thomas B. Fatouros
Trial Attorney
Commercial Litigation Branch