# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC., Plaintiff, | NO. 04-1141 C |
| v. | |
| THE UNITED STATES, Defendant. | JUDGE LYNN J. BUSH |

## CERTIFICATION OF DAVID W. FRANCIS IN SUPPORT OF MOTION FOR PROTECTIVE ORDER PURSUANT TO RCFC 26(c)

I represent Plaintiff Structural Concepts, Inc. ("SCI") in the above-captioned matter. This Certification is submitted in support of SCI's Motion for Protective Order pursuant to RCFC 26(c). I certify that I have conferred in good faith with counsel for the United States in an effort to resolve the discovery dispute between the parties without court action. This is evidenced by the correspondence attached to the accompanying Motion for Protective Order. On September 8, 2005, I spoke to counsel for the United States and advised that I would be filing the referenced motion.

Rhoads & Sinon LLP

By: /s David W. Francis
David W. Francis
Kelly H. Decker
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff,
Structural Concepts, Inc.

Date: September 9, 2005