**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE LYNN J. BUSH |

**ORDER**

On this ______ day of ____________________, 2005, upon consideration of Plaintiff's Motion to for Protective Order Pursuant to RCFC 26(c) and any response thereto it is hereby ORDERED that said Motion is GRANTED.

Defendant, the United States, is hereby ORDERED to serve amended Interrogatories on Structural Concepts Inc. in accordance with Rule 33(a) of the Court of Federal Claims not to exceed 25 interrogatories, including all discrete subparts.

Defendant, the United States, is hereby further ORDERED to pay Structural Concepts Inc. the expenses, including attorneys fees, incurred in filing its Motion for Protective Order pursuant to RCFC 37(a)(4).

____________________________

Judge Lynn J. Bush