**U.S. Department of Justice**

Civil Division

PDK:DMC:RHipp
DJ No. 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

(202) 305-3091

*Washington, D.C. 20530*

September 26, 2005

VIA FACSIMILE (717) 231-6600

David Francis, Esq.
Rhoads & Simon
12th Floor
One South Market Square
P.O. Box 1146
Harrisburg, PA 17108-1146

Re: Structural Concepts, Inc. v. United States, Fed. Cl. No. 04-1141C

Dear Mr. Francis:

In response to your motion to compel and previous correspondence concerning defendant's privilege log, we will produce a revised privilege log. Below is a sample entry that illustrates the format of the revised log:

| Item No. | Date | Author | Recipient | CC: | Description | Pages | Privilege |
|---|---|---|---|---|---|---|---|
| 27 | 11/1/02 | Capenos | McLane | | Email re: Wording for Mod 11 for 2704; discusses proposed language for contractor certification | 1 | AC, WP |

We will also divide many of the items from the original privilege log into multiple items. In several instances, the original privilege log combines series of e-mails on the same subject into a single item. For example, the fifth entry on the original log ("Email/Sept 11, 4 pgs") refers to a connected series of eight e-mails on that subject. The revised log will describe each e-mail in that series as a separate item. We estimate that the revised log will contain more than 1,000 items. The revised log will also include a list of all attorneys whose names appear on the log.

We will provide the new log by no later than October 4, 2005. In the meantime, we request that you withdraw your motion to compel.

Very truly yours,

ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch