IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1141C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF ROGER A. HIPP

I, Roger A. Hipp, under penalty of perjury pursuant to 28 U.S.C. § 1746, declare:

1) I am counsel of record for defendant, the United States, in the above-captioned case.

2) I was assigned to this case on September 1, 2005. The previous trial attorney for the Government was Thomas Fatouros, whose last day at the Commercial Litigation Branch was September 2, 2005.

3) On or about September 7, 2005, I left a voice mail for Kelley Decker, who is co-counsel for plaintiff Structural Concepts, Inc., in which I introduced myself and asked her to call me to discuss the case and, in particular, the August 24, 2005 letter she had written to Mr. Fatouros regarding defendant's first set of interrogatories, which is attached as Exhibit D to plaintiff's motion for a protective order.

4) On September 8, 2005, I received a phone call from David Francis, lead counsel for plaintiff. We had a brief conversation about the parties' discovery disputes and the September 15, 2005 fact discovery deadline. Mr. Francis stated that he intended to file a motion to compel and a motion for a protective order on behalf of plaintiff that day.

5) Plaintiff filed its motion to compel and motion for a protective order on September 9, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 26, 2005

Roger A. Hipp