# In the United States Court of Federal Claims

No. 04-1141 C

(Filed September 28, 2004)

* * * * * * * * * * * * * * * * * * * * * * * *

STRUCTURAL CONCEPTS, INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *

* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On September 9, 2005, plaintiff filed a Motion to Compel, pursuant to RCFC(a)(2) and a Motion for Protective Order. Defendant's responses to these motions were filed on September 26, 2005. Plaintiff's replies are due to be filed by October 11, 2005. On September 15, 2005, defendant filed a Motion to Amend the Schedule. Plaintiff's response to defendant's motion is due to be filed on or before October 3, 2005.

Upon review of the current filings before the court, the court contacted the parties to schedule a telephone conference call. Accordingly, it is hereby **ORDERED** that a Telephone Conference shall be **HELD** on **September 29, 2005** at **2:00p.m.**, eastern time. The court shall initiate the call.

s/Lynn J. Bush
LYNN J. BUSH
Judge