# SCI v. United States Chronology

