**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE LYNN J. BUSH |

**ORDER**

On this ______ day of ______________________, 2005, upon consideration of Defendant's Motion to Modify Scheduling Order and Structural Concepts Inc.'s response thereto, it is hereby ORDERED that said Motion is DENIED IN PART as follows:

The Court's December 27, 2005 Scheduling Order is enlarged by thirty (30) days as follows:

Fact Discovery shall be completed by October 17, 2005;

Disclosure of Expert Reports shall be completed by November 16, 2005;

Joint Status Report shall be filed with the Court by December 16, 2005.

Defendant is further ORDERED to correct the deficiencies in its discovery responses as noted by SCI no later than September 30, 2005, as follows:

a. Provide a written verification and signatures to SCI for the answers to Interrogatories;

b. Provide full and complete answers to SCI's Interrogatories, including providing addresses for all individuals identified;

c. Provide all documents responsive to SCI's document requests;

d. Provide a full and complete privilege log; and

e. Withdraw the excessive number of interrogatories served and serve a new set of Interrogatories in conformance with RCFC 33.

________________________________
Judge Lynn J. Bush