# In the United States Court of Federal Claims

No. 04-1141 C

(Filed October 20, 2005)

* * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 13, 2005, plaintiff filed a Status Report pursuant to this court's order of September 30, 2005. Therein, plaintiff reports the parties agreed upon a discovery schedule and deadlines. For good cause shown, it is hereby **ORDERED** that:

(1) **Factual Discovery** shall end on or before **January 30, 2006**; and

(2) On or before **February 10, 2006**, the parties shall **FILE** a **Joint Status Report** informing the court whether any claims can be solved by dispositive motions and a recommended schedule for expert discovery.

s/Lynn J. Bush
LYNN J. BUSH
Judge