IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1141C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties respectfully request that the Court modify the October 20, 2005 scheduling order to enlarge the period provided for conducting fact discovery by 120 days from January 30, 2006, to May 30, 2006, and to extend the date for the parties' joint status report by 120 days from February 10, 2006, to June 9, 2006. This is the parties' second request to modify the scheduling order. Previously, after the Court had ruled upon certain motions concerning discovery, the parties proposed and the Court entered an enlargement of the original discovery period from September 15, 2005, to January 30, 2006.

The parties request this enlargement because scheduling conflicts prevented counsel from finding mutually agreeable dates for depositions. Counsel had intended to take depositions in December and January. Plaintiff's counsel, however, has filed and litigated a complaint seeking declaratory relief, emergency, preliminary and permanent injunctive relief in the matter of Friendship Road Development Group and Donald C. Cappetta v. David Bowser, Sr., et al., Dauphin County Court of Common Pleas, Docket No. 2005-CV-4810 EQ. He has appeared in court for the purpose of obtaining the injunction and is now defending claims of fraud and forgery raised by the defendants. Discovery in the matter is presently scheduled to conclude on

Friday, January 27, 2006. Trial is presently scheduled for February 13 and 14. Plaintiff's counsel has also filed and litigated a complaint seeking declaratory relief in The Bedwell Company v. American Seating Company, United States District Court, Eastern District of Pennsylvania, Civil Action No. 05-CV-5680. This has required that he prepare and argue before the court two motions for summary judgment.

Defendant's counsel tried the case of Mann v. United States, No. 98-312 (Fed. Cl.) in Las Cruces, New Mexico on November 29 through December 2, 2005. Defendant's counsel was assigned to bid protest duty from December 27, 2005 through January 6, 2006, and was unavailable to travel on those dates. Defendant's counsel also traveled to Charleston, South Carolina from January 17 through January 20, 2006, for depositions in Adams Construction v. United States, No. 04-1146 (Fed. Cl.).

At the time the October 20, 2005 scheduling order was proposed, the parties' counsel failed to anticipate that these commitments in other cases would prevent them from completing depositions in this case within the discovery period.

For the reasons stated above, the parties respectfully request that the Court grant this request to modify the scheduling order.

Respectfully submitted,

RHOADS & SINON, LLP

By: s/ David Francis
David Francis, Esquire
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 307-0972

January 26, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 26, 2006, a copy of the foregoing "Joint Motion To Modify Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp