# In the United States Court of Federal Claims

No. 04-1141 C

(Filed January 31, 2006)

* * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On January 26, 2006, the parties filed a Joint Motion to Modify the Scheduling Order. The parties request permission from the court to extend the period for conducting fact discovery by 120 days, to and including May 30, 2006, and to extend the date for the parties' joint status report by 120 days, to and including June 9, 2006. For good cause shown, it is hereby **ORDERED** that:

(1) **Factual Discovery** shall end on or before **May 30, 2006**; and

(2) On or before **June 9, 2006**, the parties shall **FILE** a **Joint Status Report** informing the court whether any claims can be resolved by dispositive motions and a recommended schedule for expert discovery.

s/Lynn J. Bush
LYNN J. BUSH
Judge