**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff, | NO. 04-1141 C |
| v. | |
| THE UNITED STATES,<br>Defendant. | JUDGE LYNN J. BUSH |

**PLAINTIFF'S STATUS REPORT**

Pursuant to this Court's Order of September 30, 2005, SCI is providing the following status report.

Factual discovery shall end on January 30, 2006.

Following factual discovery, the parties will advise the court whether one or more of the claims can be resolved by dispositive motion. If so, the parties will recommend a briefing schedule for these motions.

Also following factual discovery, the parties will recommend a schedule for expert discovery.

SCI has conferred with Defendant's counsel, Roger Hipp, who has authorized SCI to represent that Defendant agrees to the schedule proposed.

RHOADS & SINON LLP

By: /s/ David W. Francis

David W. Francis
Kelly H. Decker
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff,
Structural Concepts Inc.

Date: October 13, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2005, a true and correct copy of the attached Plaintiff's Status Report was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Francis
David W. Francis