**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC., Plaintiff, | NO. 04-1141 C |
| v. | |
| THE UNITED STATES, Defendant. | JUDGE LYNN J. BUSH |

**<u>JOINT MOTION FOR ENLARGEMENT OF TIME</u>**

Plaintiff Structural Concepts, Inc. ("SCI") and the United States respectfully move this Court to modify the existing procedural schedule to enlarge the period for completion of fact discovery. The current close of factual discovery was established as May 30, 2006 by way of an Order issued on January 31, 2006.

The parties now request that this Court issue an Order which establishes September 15, 2006 as the new deadline for completion of fact discovery.

The parties have been unable to complete factual discovery in this matter. The parties anticipate that all fact discovery will be completed no later than September 15, 2006.

The parties have not completed factual discovery because of their commitments to other matters. Counsel for the United States has been unable to complete factual discovery because of the following matters:

> Depositions in Jackson, Mississippi, on May 15-17, 2006, in <u>Parker Construction Co. v. United States</u>, No. 04-471C (Fed. Cl.).
>
> Depositions in Tacoma, Washington, on May 23-24, 006, for <u>Rumsey v. United States</u>, No. 05-434 (Fed. Cl.).
>
> Preparation for trial scheduled to begin on June 5, 2006, in <u>Kennedy Heights Apartments I, Ltd. v. United States</u>, No. 00-23 (Fed. Cl.), which was settled one business day before the scheduled trial date of June 5, 2006.

Counsel for Structural Concepts, Inc. has been unable to complete discovery because of the following matters:

> Depositions and trial preparation in Friendship Road Development Group, LLC, et al. v. David Bowser, et al., Court of Common Pleas of Dauphin County, Pennsylvania, Docket No. 2005 cv 4810 EQ. This matter is ongoing. Trial had been scheduled to begin on June 8, 2006 but has been postponed.
>
> Depositions and brief preparation in M. Maropakis Carpentry v. United States, No. 1:03-cv-2825 (Fed. Cl.).
>
> Appellate brief preparation in PPL Electric Utilities Corporation v. Pennsylvania Public Utility Commission, Commonwealth Court of Pennsylvania, Docket No. 272 C.D. 2006.

At the time the January 26, 2006 Order was issued, the parties' counsel did not anticipate that these commitments would impact their ability to complete factual discovery.

For the reasons stated above, SCI and the United States request that this Court grant their Joint Motion for Enlargement of Time.

Respectfully Submitted,

RHOADS & SINON LLP

By: /s/ David W. Francis

David W. Francis
Kelly H. Decker
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff,
Structural Concepts Inc.

Date: June 9, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006, a true and correct copy of the attached Joint Motion for Enlargement of Time was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Francis
David W. Francis