# In the United States Court of Federal Claims

No. 04-1141 C

(Filed June 14, 2006)

* * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 9, 2006, the parties filed a Joint Motion for Enlargement of Time to modify the scheduling order in the subject matter. The parties request permission from the court to extend the period for conducting fact discovery from May 30, 2006, to and including September 15, 2006. For good cause shown, it is hereby **ORDERED** that:

(1) The parties' motion is **GRANTED** and **Factual Discovery** shall end on or before **September 15, 2006**; and

(2) On or before **September 29, 2006**, the parties shall **FILE** a **Joint Status Report** informing the court whether any claims can be resolved by dispositive motions and a recommended schedule for expert discovery.

s/Lynn J. Bush
LYNN J. BUSH
Judge