# In the United States Court of Federal Claims

No. 04-1141 C

(Filed June 16, 2006)

* * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Upon review of the docket in the subject matter, the court notes that plaintiff filed two documents on June 9, 2006, a status report (document #32) and a joint motion for extension of time[1] (document #33). The status report was a duplicate of a status report (document #28) filed on October 13, 2005. It is apparent that plaintiff's counsel selected the wrong document to file as document #32. Plaintiff did, however, inform the court of the status of the subject matter in document #33, which the court deems to be a status report as well as a motion to modify the discovery schedule. Accordingly, it is hereby **ORDERED** that the **duplicate status report (document #32)** filed on June 9, 2006 shall be **STRICKEN** from the docket in the subject matter.

s/Lynn J. Bush
LYNN J. BUSH
Judge

[1]/ / This motion was granted on June 14, 2006.