**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v. | NO. 04-1141 C |
| THE UNITED STATES,<br>Defendant. | JUDGE LYNN J. BUSH |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>**

Plaintiff Structural Concepts, Inc. ("SCI") respectfully moves this Court to modify the existing procedural schedule to enlarge the period for completion of fact discovery. Pursuant to the parties' previous Joint Motion for Enlargement of Time to modify the scheduling order, the current close of factual discovery was established as September 15, 2006 by way of an Order issued on June 14, 2006. The Court further ordered the parties to file a Joint Status Report on or before September 29, 2006.

In this motion, SCI requests that this Court issue an Order granting the parties an additional ninety (90) days to complete discovery establishing December 15, 2006 as the new deadline for completion of fact discovery.

Although the current fact discovery period is not scheduled to expire until September 15, 2006, it is anticipated that the parties will not be able to complete factual discovery in this matter by the currently scheduled discovery deadline. SCI's lead counsel, David W. Francis, and several of his close family members, have recently been faced with a barrage of health problems that will undoubtedly impair the parties' ability to complete discovery by September 15, 2006. Specifically:

*Mr. Francis was recently diagnosed with a recurrent malignant brain tumor that presently requires treatment with chemotherapy. Should the chemotherapy prove ineffective, Mr. Francis may be treated with radiation therapy, surgery and/or

additional chemotherapies. A decision on the additional treatments, if any, will be made in mid-September.

*Mr. Francis' wife was recently diagnosed with breast cancer requiring a full mastectomy, reconstructive surgery and chemotherapy.

*Additionally, Mr. Francis' mother is suffering from complications arising from non-Hodgkin's lymphoma. She is presently hospitalized.

At the time the June 14, 2006 Order was issued, SCI's counsel did not anticipate that these recent developments would affect Plaintiff's ability to complete fact discovery in accordance with the Court's Order.

The United States has been consulted and has no objection to this Motion.

For the reasons stated above, SCI requests that this Court grant Plaintiff's Unopposed Motion for Enlargement of Time.

Respectfully Submitted,

RHOADS & SINON LLP

By: /s/ David W. Francis
David W. Francis
Kelly H. Decker
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731
Attorneys for Plaintiff,
Structural Concepts Inc.

Date: August 23, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2006, a true and correct copy of the attached Plaintiff's Unopposed Motion for Enlargement of Time was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Francis
David W. Francis