# In the United States Court of Federal Claims

No. 04-1141 C
(Filed August 28, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 23, 2006, plaintiff filed an Unopposed Motion for Enlargement of Time of ninety-days, to and including December 15, 2006, within which to complete fact discovery. Additionally, the court notes that the parties have a Joint Status Report due to be filed on or before September 29, 2006. For good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's motion is **GRANTED**;

(2) **Factual Discovery** shall be completed on or before **December 15, 2006**; and

(2) The parties are directed to **FILE** a **Joint Status Report**, on or before **December 29, 2006**, informing the court whether any claims can be resolved by dispositive motions and a recommended schedule for expert discovery.

s/Lynn J. Bush
LYNN J. BUSH
Judge