**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE LYNN J. BUSH |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Structural Concepts, Inc. ("SCI") respectfully moves this Court to modify the existing procedural schedule to enlarge the period for completion of fact discovery. Pursuant to the parties' previous Joint Motion for Enlargement of Time to modify the scheduling order, the current close of factual discovery was established as December 15, 2006 by way of an Order issued on August 28, 2006. The Court further ordered the parties to file a Joint Status Report on or before December 29, 2006.

In this motion, SCI requests that this Court issue an Order granting the parties an additional ninety (90) days to complete discovery establishing March 15, 2007 as the new deadline for completion of fact discovery.

The current fact discovery period is scheduled to expire on December 15, 2006. It is anticipated that the parties will not be able to complete factual discovery in this matter by the currently scheduled discovery deadline. SCI's lead counsel, David W. Francis, and several of his close family members, have recently been faced with a barrage of health problems and a death that has and will impair the parties' ability to complete discovery by December 15, 2006. Specifically:

- The chemotherapy that Mr. Francis was initially taking was found to be ineffective in treating his recurrent malignant brain tumor. Mr. Francis is now enrolled in a clinical trial at the National Cancer Institute in Bethesda, Maryland.

Mr. Francis is required to travel to Bethesda at least four (4) times per month for treatments and testing. The treatment in the clinical trial appears to be working at this point in time.

- Mr. Francis' wife's breast cancer was determined to be stage 3. She received a full mastectomy and reconstructive surgery, and is currently undergoing chemotherapy.

- Mr. Francis' mother passed away on September 4, 2006 from non-Hodgkin's lymphoma.

At the time the August 28, 2006 Order was issued, SCI's counsel did not anticipate that these recent developments would affect Plaintiff's ability to complete fact discovery in accordance with the Court's Order.

Counsel for the United States has been consulted and has no objection to this Motion.

For the reasons stated above, SCI requests that this Court grant Plaintiff's Unopposed Motion for Enlargement of Time.

Respectfully Submitted,

RHOADS & SINON LLP

By: /s/ David W. Francis
David W. Francis
Kelly H. Decker
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731
Attorneys for Plaintiff,
Structural Concepts Inc.

Date: December 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2006, a true and correct copy of the attached Plaintiff's Unopposed Motion for Enlargement of Time was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Francis
David W. Francis