**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE LYNN J. BUSH |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Structural Concepts, Inc. ("SCI") respectfully moves this Court to modify the existing procedural schedule to enlarge the period for completion of fact discovery. Pursuant to the parties' previous Joint Motion for Enlargement of Time to modify the scheduling order, the current close of factual discovery was established as March 15, 2007 by way of an Order issued on December 18, 2006. The Court further ordered the parties to file a Joint Status Report on or before March 29, 2006.

In this motion, SCI requests that this Court issue an Order granting the parties an additional ninety (90) days to complete discovery establishing June 13, 2007 as the new deadline for completion of fact discovery.

The current fact discovery period is scheduled to expire on March 15, 2007. It is anticipated that the parties will not be able to complete factual discovery in this matter by the currently scheduled discovery deadline.

SCI's counsel, David Francis, has been undergoing treatment at the National Institute of Health ("NIH") in Bethesda, Maryland which requires him to travel to NIH about five (5) times per month. Further, Mr. Francis is attached to a jury trial before the Honorable Richard P. Conaboy in the United States District Court for the Middle District of Pennsylvania beginning on March 12, 2007. This federal jury trial is scheduled to last

at least five (5) days and required much time, attention and preparation. Granting this enlargement will not cause any material inconvenience, prejudice, or delay.

At the time the December 18, 2006 Order was issued, SCI's counsel did not anticipate that these recent developments would affect Plaintiff's ability to complete fact discovery in accordance with the Court's Order.

Counsel for the United States has been consulted and has no objection to this Motion.

For the reasons stated above, SCI requests that this Court grant Plaintiff's Unopposed Motion for Enlargement of Time.

Respectfully Submitted,

RHOADS & SINON LLP

By: /s/ David W. Francis
David W. Francis
Kelly H. Decker
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731
Attorneys for Plaintiff,
Structural Concepts Inc.

Date: March 9, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2007, a true and correct copy of the attached Plaintiff's Unopposed Motion for Enlargement of Time was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Francis
David W. Francis