**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C |

**ORDER**

On March 9, 2007, Plaintiff filed an Unopposed Motion for Enlargement of Time, requesting an additional ninety (90) days to complete discovery. For good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's motion is **GRANTED**;

(2) **Factual discovery** is extended for an additional ninety (90) days to June 13, 2007.

____________________________________
LYNN J. BUSH
Judge