**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC., Plaintiff, | NO. 04-1141 C |
| v. | |
| THE UNITED STATES, Defendant. | JUDGE LYNN J. BUSH |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Plaintiff Structural Concepts, Inc. ("SCI") respectfully moves this Court to modify the existing procedural schedule to enlarge the period for completion of fact discovery. Pursuant to the parties' previous Joint Motion for Enlargement of Time to modify the scheduling order, the current close of factual discovery was established as June 13, 2007 by way of an Order issued on March 14, 2007. The Court further ordered the parties to file a Joint Status Report on or before June 29, 2007.

In this motion, SCI requests that this Court issue an Order granting the parties an additional one-hundred and twenty (120) days to complete discovery establishing October 11, 2007 as the new deadline for completion of fact discovery, and establishing October 26, 2007 as the new date for filing of a Joint Status Report.

The current fact discovery period is scheduled to expire on June 13, 2007. It is anticipated that the parties will not be able to complete factual discovery in this matter by the currently scheduled discovery deadline.

SCI's counsel, David Francis, continues to undergo treatment in a clinical trial at the National Institute of Health ("NIH") in Bethesda, Maryland for malignant brain cancer. This treatment imposes limitations upon Mr. Francis time, including requiring

him to travel to NIH up to five (5) times per month. Further, during this period, Mr. Francis wife has undergone chemotherapy and radiation therapy for stage-3 breast cancer.

Mr. Francis is attached to a jury trial before the Honorable Richard P. Conaboy in the United States District Court for the Middle District of Pennsylvania beginning on July 30, 2007. This federal jury trial is presently scheduled to last at least five (5) days and required (and requires) much time, attention and preparation. Granting this enlargement will not cause any material inconvenience, prejudice, or delay.

At the time the March 14, 2007 Order was issued, SCI's counsel did not anticipate that these recent developments would affect Plaintiff's ability to complete fact discovery in accordance with the Court's Order.

Counsel for the United States does not oppose this motion.

For the reasons stated above, SCI requests that this Court grant Plaintiff's Unopposed Motion for Enlargement of Time.

Respectfully Submitted,

RHOADS & SINON LLP

By: /s/ David W. Francis

David W. Francis
Kelly H. Decker
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731
Attorneys for Plaintiff,
Structural Concepts Inc.

Date: June 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007, a true and correct copy of the attached Plaintiff's Unopposed Motion for Enlargement of Time was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Francis
David W. Francis

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | NO. 04-1141 C |

**ORDER**

On June 12, 2007, Plaintiff filed an Unopposed Motion for Enlargement of Time, requesting an additional one-hundred twenty (120) to and including October 11, 2007 for the completion of discovery and until October 26, 2007 for the filing of a Joint Status Report. For good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's motion is **GRANTED**;

(2) **Factual discovery** shall be completed on or before **October 11, 2007**; and

(3) The parties are directed to **FILE** a **Joint Status Report**, on or before **October 26, 2007** informing the court whether any claims can be resolved by dispositive motions and a recommended scheduled for expert discovery.

LYNN J. BUSH
Judge