**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE LYNN J. BUSH |

**<u>PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>**

Plaintiff Structural Concepts, Inc. ("SCI") respectfully moves this Court to modify the existing procedural schedule to enlarge the period for completion of fact discovery. Pursuant to the parties' previous Joint Motion for Enlargement of Time to modify the scheduling order, the current close of factual discovery was established as October 11, 2007 by way of an Order issued on June 14, 2007. The Court further ordered the parties to file a Joint Status Report on or before October 29, 2007.

In this motion, SCI requests that this Court issue an Order granting the parties an additional one-hundred and twenty (120) days to complete discovery establishing February 8, 2008 as the new deadline for completion of fact discovery, and establishing February 25, 2008 as the new date for filing of a Joint Status Report.

The current fact discovery period expired on October 11, 2007. The parties did not complete the factual discovery in this matter.

Good cause exists for this extension of time. SCI's counsel, David Francis, continued to undergo treatment in a clinical trial at the National Institute of Health ("NIH") in Bethesda, Maryland for malignant brain cancer. This treatment imposed limitations upon Mr. Francis time, including requiring him to travel to NIH up to five (5) times per month. However, as a result of his treatments, he developed proteinuria as a

result of damage to his kidneys. He has been suspended from the clinical trial and is undergoing treatment for the proteinuria. If his kidneys recover, he will be allowed back into the clinical trial.

Further, during this period, Mr. Francis wife continues to undergo treatment for her stage-3 breast cancer, and had a mastectomy on her other breast.

Granting this enlargement will not cause any material inconvenience, prejudice, or delay.

At the time the June 14, 2007 Order was issued, SCI's counsel did not anticipate that these recent developments would affect Plaintiff's ability to complete fact discovery in accordance with the Court's Order.

Counsel for the United States does not oppose this motion.

For the reasons stated above, SCI requests that this Court grant Plaintiff's Unopposed Motion for Enlargement of Time.

Respectfully Submitted,

RHOADS & SINON LLP

By: /s/ David W. Francis
David W. Francis
Kelly H. Decker
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731
Attorneys for Plaintiff,
Structural Concepts Inc.

Date: October 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2007, a true and correct copy of the attached Plaintiff's Unopposed Motion for Enlargement of Time was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Francis
David W. Francis