**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STRUCTUAL CONCEPTS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | NO. 04-1141 C |

**ORDER**

On October 16, 2007, Plaintiff filed an Unopposed Motion for Enlargement of Time, requesting an additional one-hundred twenty (120) to and including February 8, 2008 for the completion of discovery and until February 25, 2007 for the filing of a Joint Status Report. For good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's motion is **GRANTED**;

(2) **Factual discovery** shall be completed on or before **February 8, 2008**; and

(3) The parties are directed to **FILE** a **Joint Status Report**, on or before **February 25, 2007** informing the court whether any claims can be resolved by dispositive motions and a recommended scheduled for expert discovery.

LYNN J. BUSH
Judge