# In the United States Court of Federal Claims

No. 04-1141 C
(Filed October 22, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 16, 2007, plaintiff filed an Unopposed Motion for Enlargement of Time of one-hundred and twenty days, to and including February 8, 2008, within which to complete fact discovery. Additionally, plaintiff requests the court to enlarge the parties' deadline to file a Joint Status Report from October 26, 2007 to February 25, 2008. For good cause shown, it is hereby **ORDERED** that:

(1) Plaintiff's motion is **GRANTED**;

(2) **Factual Discovery** shall be completed on or before **February 8, 2008**; and

(3) The parties are directed to **FILE** a **Joint Status Report**, on or before **February 25, 2008**, informing the court whether any claims can be resolved by dispositive motions and a recommended schedule for expert discovery.

/s/Lynn J. Bush
LYNN J. BUSH
Judge