IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1141C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO STAY

Defendant, the United States, respectfully requests an order staying this case for 45 days, until March 20, 2008. Currently the deadline for completing fact discovery is February 8, 2008, and a joint status report is due February 25, 2008. Plaintiff's counsel of record has advised us that because his client intends to file a motion to substitute new counsel, he does not know whether plaintiff will oppose this motion.

As described more fully in plaintiff's unopposed motions to enlarge the discovery period (dated August 23, 2006, December 14, 2006, June 12, 2007, and October 16, 2007), the parties had exchanged written discovery requests and were in the course of taking depositions when plaintiff's current counsel of record was diagnosed with a serious illness. Due the continuation of the illness, it has not been possible for the parties to complete fact discovery.

On February 4, 2008, plaintiff's counsel advised us that plaintiff has retained new counsel, who is expected to file a motion for substitution as soon as practicable. If this motion to stay is granted, we would use the stay period to discuss a plan for completing discovery with plaintiff's new counsel. We would then submit the new discovery plan for the Court's consideration.

For the reasons stated above, defendant respectfully requests that this motion to stay be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 307-0972

February 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on February 4, 2008, a copy of the foregoing "Motion To Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp