# In the United States Court of Federal Claims

No. 04-1141 C

(Filed February 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On February 4, 2008, defendant filed a Motion to Stay for forty-five days, to and including March 20, 2008. Defendant's motion states that plaintiff's counsel of record has notified the government that because his client intends to file a motion to substitute counsel, plaintiff's counsel does not know whether plaintiff will oppose this motion. Additionally, defendant reports that the parties have exchanged written discovery requests and were in the course of taking depositions when plaintiff's counsel of record was diagnosed with a serious illness. Due to counsel's illness, the parties have not been able to complete discovery. On February 4, 2008, plaintiff's counsel advised the government that plaintiff has retained new counsel, who is expected to file a motion for substitution as soon as is practicable. Plaintiff's response to defendant's motion for stay was due to have been filed on February 21, 2008. As of the time of the filing of this order, the court has not received any filings from plaintiff.

Accordingly, it is hereby **ORDERED** that defendant's motion to stay is **GRANTED**; the Clerk's Office is directed to **SUSPEND** the subject matter until further order of the court; defendant shall **FILE** a Status Report, on or before

**March 20, 2008**, informing the court of the status of proceedings; and, plaintiff is **DIRECTED** to follow the procedures outlined in RCFC 83.1(c)(4) when submitting its motion to substitute counsel.

/s/Lynn J. Bush
LYNN J. BUSH
Judge