IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1141C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, pursuant to the Court's order dated February 28, 2008, respectfully submits this status report. As we stated in our motion to stay dated February 4, 2008, we have been advised that plaintiff has retained new counsel for this case. Accordingly, we requested that the case be stayed for 45 days, during which time we would discuss a plan for completing discovery with plaintiff's new counsel.

We have discussed scheduling matters with plaintiff's new counsel, Paul A. Logan of the firm Powell, Trachtman, Logan, Carlyle & Lombardo P.C. However, Mr. Logan has not yet filed a motion to be substituted as counsel in this case. We respectfully suggest that until new counsel appears on behalf of plaintiff, it would be premature for the Court to lift the stay and enter a new scheduling order.

Accordingly, we request that the Court continue the stay until Mr. Logan's anticipated motion to be substituted as counsel is granted. In the alternative, if the Court desires to set a new schedule at this time, we propose the following deadlines:

| | |
|---|---|
| Fact discovery: | September 30, 2008 |
| Plaintiff's expert report: | November 30, 2008 |

| | |
|---|---|
| Defendant's expert report: | January 30, 2009 |
| Expert depositions: | March 15, 2009 |
| Joint status report: | March 30, 2009. |

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 307-0972

March 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 20, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp