# In the United States Court of Federal Claims

No. 04-1141 C

(Filed March 24, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 20, 2008, defendant filed a Motion to Stay for forty-five days, to and including May 8, 2008. Therein, defendant states that an extension of the current stay would allow plaintiff's new counsel the time to file a motion to substitute counsel and the parties would discuss a plan for completing discovery.

Accordingly, it is hereby **ORDERED** that defendant's motion to stay is **GRANTED**; the Clerk's Office is directed to **SUSPEND** the subject matter until further order of the court; defendant shall **FILE** a Status Report, on or before **May 8, 2008**, informing the court of the status of proceedings; and, plaintiff is **DIRECTED** to follow the procedures outlined in RCFC 83.1(c)(4) when submitting its motion to substitute counsel.

/s/Lynn J. Bush
LYNN J. BUSH
Judge