# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE BUSH |

## STRUCTURAL CONCEPTS, INC.'S MOTION TO SUBSTITUTE COUNSEL UNDER U.S. COURT OF FEDERAL CLAIMS RULE 83.1

Structural Concepts, Inc. ("SCI") hereby moves for leave of court to Substitute Paul A. Logan, Powell Trachtman Logan Carrie & Lombardo, P.D., 475 Allendale Road, King of Prussia, Pennsylvania, 19406 as its counsel in the above-referenced matter pursuant to U.S. Court of Federal Claims Rule 83.1(c)(4). Attached hereto is a copy of an Affidavit of Appointment executed by Mr. Logan.

SCI's current attorneys, Mr. David W. Francis and Kelly H. Decker, concur in this substitution of counsel.

Wherefore Structural Concepts, Inc. respectfully requests the issuance of a docket entry reflecting that Paul A. Logan has been appointed as its counsel.

Date: 4/28/08

POWELL TRACHTMAN LOGAN CARRLE & LOMBARDO, P.C.

By: / Paul Logan, Esq.
Paul A. Logan, Esquire

By: / David W. Francis, Esq.
David W. Francis, Esquire

Attorneys for Plaintiff,
Structural Concepts, Inc.

685765.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, a true and correct copy of the attached STRUCTURAL CONCEPTS, INC.'S MOTION TO SUBSTITUTE COUNSEL UNDER U.S. COURT OF FEDERAL CLAIMS RULE 83.1 was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___/ Paul A. Logan_____________________
Paul A. Logan