# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC.<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | NO. 04-1141 C<br><br>JUDGE BUSH |

## AFFIDAVIT OF APPOINTMENT

I, Paul A. Logan am authorized to make this affidavit on behalf of Plaintiff Structural Concepts, Inc. I hereby verify that Structural Concepts, Inc. has appointed me as its counsel pursuant to Federal Court of Claims Rule 83.1(c)(4). Previously designated counsel, Mr. David W. Francis and Kelly H. Decker, have consented to this withdrawal as set forth in the motion.

April 28, 2008

[signature]
Paul A. Logan

Sworn to and subscribed before me this 28th day of April, 2008.

[signature: Sidney J. Seefeldt]
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sidney J. Seefeldt, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires Apr. 1, 2010
Member, Pennsylvania Association of Notaries

MY COMMISSION EXPIRES:

April 1, 2010

(SEAL)

685769.1