IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1141C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests a 14-day enlargement of time, until May 22, 2008, in which to file its status report. The status report is currently due today, May 8, 2008. This is our first request for an enlargement of time for this purpose. We attempted to reach plaintiff's counsel to determine whether plaintiff will oppose this motion, but have not succeeded in reaching him.

This case has been stayed since February 28, 2008, pending plaintiff's anticipated substitution of counsel. Plaintiff's motion to substitute counsel was granted on May 7, 2008. We request an additional 14 days in which to discuss scheduling issues with plaintiff's new counsel, in the expectation that our status report will include a proposed schedule that is supported by counsel for both parties.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. Whitre, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 307-0972

May 8, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 8, 2008, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp