# In the United States Court of Federal Claims

No. 04-1141 C

(Filed May 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On May 8, 2008, defendant filed a Motion for Enlargement of Time of fourteen days, to and including May 22, 2008, within which to file its status report. Defendant's counsel reports that he was unable to reach plaintiff's counsel to determine plaintiff's position on the subject enlargement. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge