IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STRUCTURAL CONCEPTS, INC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1141C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, pursuant to the Court's order dated May 14, 2008, respectfully submits this status report. This case has been stayed since February 28, 2008, pending the substitution of new counsel for plaintiff. Plaintiff's motion to substitute counsel was granted on May 7, 2008.

We have discussed scheduling matters with plaintiff's new counsel. Plaintiff's counsel did not, however, respond to our request for comment on the specific schedule proposed below. Defendant respectfully proposes that the Court set the following deadlines:

| | |
|---|---|
| Fact discovery: | October 30, 2008 |
| Plaintiff's expert report: | December 31, 2008 |
| Defendant's expert report: | January 31, 2009 |
| Expert depositions: | March 30, 2009 |
| Joint status report: | April 15, 2009. |

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Roger A. Hipp
ROGER A. HIPP
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 305-3091
Fax: (202) 307-0972

May 22, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 22, 2008, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Roger A. Hipp