# In the United States Court of Federal Claims

No. 04-1141 C

(Filed June 10, 2008)

* * * * * * * * * * * * * * * * * * * * * *
STRUCTURAL CONCEPTS, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

On May 22, 2008, defendant filed a Status Report in the subject matter proposing a discovery schedule, although defendant could not assure the court that plaintiff consented to the proposed schedule. The court today held a telephonic status conference with counsel to inquire into the proposed schedule, and to review the progress, or lack thereof, in the resolution of the claims at issue in this litigation. Participating with the undersigned were Mr. Paul A. Logan, for plaintiff, and Mr. Roger A. Hipp, for the government.

Plaintiff consented to defendant's proposed schedule for proceedings, described in detail below. Neither party expressed a need to revise the parties' Joint Preliminary Status Report, filed December 22, 2004. Counsel preferred not to set a deadline for dispositive motions, until progress on discovery had occurred and the appropriateness of such motions was certain.

The court noted that this case has lingered far too long on the docket of the undersigned, and that one source of delay had been discovery disputes. Therefore, the court strongly urged the parties to cooperate in achieving their discovery goals and admonished counsel to strictly adhere to the schedule proposed by the parties. The court agreed to order discovery as requested by the parties.

Accordingly, it is **ORDERED** that:

(1) The Clerk's Office is directed to **LIFT** the current stay in this matter;

(2) The court's Preliminary Scheduling Order, filed December 27, 2004, is **AMENDED** in relevant part, as set forth below;

(3) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions, shall be **COMPLETED** on or before **October 30, 2008**;

(4) **Plaintiff** shall provide defendant with its **Expert Report**, pursuant to RCFC 26(a)(2), on or before **December 31, 2008**;

(5) **Defendant** shall provide plaintiff with its **Expert Report**, pursuant to RCFC 26(a)(2), on or before **January 30, 2009**;

(6) **Expert depositions** shall be **COMPLETED** on or before **March 30, 2009**;

(7) On **April 15, 2009**, or upon completion of discovery by the parties, whichever event occurs earlier, counsel are directed to **FILE** a **Joint Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled. If either party contemplates filing a dispositive motion, a deadline for such shall be set forth. Absent a plan to file dispositive motions, the status report shall propose a schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17.

s/Lynn J. Bush
LYNN J. BUSH
Judge