# In the United States Court of Federal Claims

No. 04-1141 C

(Filed March 12, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
STRUCTURAL CONCEPTS, INC.,   \*
                             \*
       *Plaintiff*,            \*
                             \*
v.                           \*
                             \*
THE UNITED STATES,           \*
                             \*
       *Defendant*.           \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SCHEDULING ORDER

On March 11, 2010, defendant filed an Unopposed Motion to Modify the Scheduling Order dated January 26, 2010, by extending all deadlines by approximately two weeks. Accordingly, it is hereby **ORDERED** that:

(1) All **fact discovery**, including production of documents, depositions, interrogatories and requests for admissions, shall be **COMPLETED** on or before **March 31, 2010**;

(2) **Plaintiff** shall provide defendant with its **Expert Report**, pursuant to RCFC 26(a)(2), on or before **April 30, 2010**;

(3) **Defendant** shall provide plaintiff with its **Expert Report**, pursuant to RCFC 26(a)(2), on or before **May 14, 2010**;

(4) **Expert depositions** shall be **COMPLETED** on or before **June 4, 2010**;

(5) On **June 4, 2010**, or upon completion of discovery by the parties, whichever event occurs earlier, counsel are directed to **FILE** a **Joint**

**Status Report** informing the court of the status of proceedings in the case and the extent to which the parties have determined whether any or all of the instant matter may be settled.  Absent a plan to file dispositive motions, the status report shall propose a schedule for the exchanges required by Appendix A, ¶ 13 and the filings required by ¶¶ 14 through 17; and

(6)     The initial moving brief of any **Dispositive Motions** shall be **FILED** on or before **July 6, 2010**.

                                                            s/Lynn J. Bush
                                                            LYNN J. BUSH
                                                            Judge