# In the United States Court of Federal Claims

No. 04-1141 C

(Filed November 18, 2010)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| STRUCTURAL CONCEPTS, INC., | \* |
| | \* |
| *Plaintiff*, | \* |
| | \* |
| v. | \* |
| | \* |
| THE UNITED STATES, | \* |
| | \* |
| *Defendant*. | \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On June 4, 2010, the parties filed a joint status report (JSR) and reported that settlement negotiations were ongoing, and requested a modification of the schedule in this case. The parties stated that they "may file one or more dispositive motions." JSR at 1. In the court's order of June 8, 2010, plaintiff's dispositive motion deadline was extended to July 19, 2010 at the request of the parties, with any cross-motions and briefing to follow pursuant to the rules of this court. No dispositive motion has been filed by plaintiff as of this date.

In these circumstances, the court requires an update of the status of the parties' settlement negotiations. If progress toward settlement has ceased for the time being, the parties shall propose a new deadline for plaintiff's dispositive motion or some other schedule which will efficiently resolve the claims before the court.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report** on or before **December 3, 2010**.

s/Lynn J. Bush
LYNN J. BUSH
Judge